No. 1081. GLASSER, TRUSTEE IN BANKRUPTCY, *v.* ROGERS ET AL. May 6, 1946. Petition for writ of cer-

tiorari to the Circuit Court of Appeals for the Second Circuit denied. *Sidney S. Bobbé* for petitioner. *Aaron E. Koota* for respondent.